Honorable Robert Bryan

06-CV-05437-ORD

FILED ___ LODGED
___ RECEIVED

MAR 26 2010

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| **UNDER SEAL**, <br><br>          Plaintiff, <br><br>     v. <br><br> **UNDER SEAL**, <br><br>          Defendants. | No. C06-5437-RJB <br><br> **FILED UNDER SEAL** |

Order – 1
(C06-5437-RJB)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

Honorable Robert Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* BRUCE BRANDLER,<br><br>Plaintiff,<br><br>v.<br><br>MSO WASHINGTON, INC., a Washington Corporation; CHARLES PLUNCKET; RICHARD RYNES, M.D.; GLEN KEITZER, M.D.; ANDREW ABOLINS, M.D.; CORAL HILBY, M.D.; EXPEDITO CASTRO, M..D.; TIMOTHY SMITH, M.D.; DOUGLASS HARROUN, M.D.; LYNN OSTENSON, M.D.; THOM MCDONNELL, M.D.; THOMAS SMITH, M.D.; MARGARET GAINES, M.D.; DICK COE, M.D.; RITU SHETTY, M.D.; JOHN LORD, DPM; JOHN FORD, DPM; COLLEEN WOJCIECHOWSKI; GIGI HARDTKE; TICHARD ATER; PHIROCE ISHAQUE; GEORGIA MOHLER; LINDA LEPAPE,<br><br>Defendants. | No. C06-5437-RJB<br><br>**FILED UNDER SEAL** |

## ORDER

The United States has filed an *Ex Parte* Application for an Extension of time to Consider Election to Intervene, in which the government seeks a four (4) month extension of time, from April 4, 2010, until August 4, 2010, in which to notify the Court whether it intends to intervene in this *qui tam* lawsuit. Such an extension of time is expressly contemplated by the False

**Order** – 1
(C06-5437-RJB)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

Claims Act, which provides that the United States "may, for good cause shown move the Court for extensions of time...." 13 U.S.C. § 3730(b)(3). The Court finds that such good cause exists here.

Accordingly, it is hereby ORDERED that the United States shall have until August 4, 2010, to notify the Court of its decision whether or not to intervene in this *qui tam* action. The Clerk shall maintain the Complaint and other filings under seal for the duration of the government's investigation.

DATED this 26 day of March, 2010.

ROBERT J. BRYAN
United States District Judge

Presented by:

HAROLD MALKIN
Assistant United States Attorney

**Order** – 2
(C06-5437-RJB)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970